IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

```
F I L E D
MAR - 9 2016
CLERK, U.S. DISTRICT COURT
RICHMOND, VA
```

CHARLES F. AUSTIN,                    )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )         Civil Action No.  3:15CV70–HEH
                                      )
JOSEPH A. HIGGS, *et al.*,            )
                                      )
        Defendants.                   )

### MEMORANDUM OPINION
**(Dismissing Action Without Prejudice)**

Plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action.  In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States.  *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983).  In his current complaint, Plaintiff does not identify the particular constitutional right that was violated by the defendants' conduct.  Furthermore, the Complaint failed to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests.

Accordingly, by Memorandum Order entered on February 9, 2016, the Court directed Plaintiff to submit a particularized complaint within fourteen (14) days of the date of entry thereof.  The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the February 9, 2016 Memorandum Order.   Plaintiff failed to submit a particularized complaint or otherwise responded to the February 9, 2016 Memorandum Order.   Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

/s/
_____
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: March 9, 2016
Richmond, Virginia